# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 7:18-cr-176-3BO |
| | ) | |
| JOSHUA REGISTER | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: New Hanover County Courthouse<br>316 Princess Street<br>Wilmington, NC 28401 | Courtroom No.: 100 |
|---|---|
| | Date and Time: 11/16/18 @ 10 AM |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: 11/06/2018

*Judge's signature*

Robert B. Jones, Jr., U.S. Magistrate Judge
*Printed name and title*

FILED IN OPEN COURT ON 11-6-18
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC