UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN ~~EASTERN~~ DIVISION
CASE NO. 7:18-CR-176-3 BO

UNITED STATES OF AMERICA )
)
)
)
VS. )
)
JOSHUA REGISTER )
)

FILED IN OPEN COURT
ON 11-16-18 BF
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

## WAIVER OF DETENTION HEARING

I, Joshua Register, charged with an offense against the laws of the United States, acknowledge that I have been informed by the Court of the complaint or indictment against me, any affidavit filed in connection with the complaint or indictment against me, and the right to be represented by counsel, all of which I fully understand and do waive my right to a detention hearing in this case.

Date: November 16, 2018

_____
DEFENDANT

_____
DEFENSE COUNSEL

_____
UNITED STATES MAGISTRATE JUDGE

Case 7:18-cr-00176-BO   Document 65   Filed 11/16/18   Page 1 of 1